1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   MARC DAYS, CA Bar #184098
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California 93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   EDWIN JOSE LARA-VASQUEZ

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO. 1:10-cr-00378 OWW
                                       )
12              Plaintiff,             )   STIPULATION TO CONTINUE STATUS
                                       )   CONFERENCE HEARING; ORDER
13      v.                             )
                                       )
14  EDWIN JOSE LARA-VASQUEZ,           )   Date;  November 7, 2011
                                       )   Time:  9:00 A.M.
15              Defendant.             )   Judge: Hon. Oliver W. Wanger
                                       )
16  _____)

17

18          **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

19  respective attorneys of record herein, that the status conference hearing in the above captioned matter now

20  scheduled for September 26, 2011, **may be continued to November 7, 2011 at 9:00 a.m.**

21          This continuance is requested by counsel for the defendant to allow additional time for defense

22  investigation, case preparation and plea negotiation prior to hearing. Assistant U.S. Attorney Ian Garriques

23  is not opposed to this request.  The requested continuance will conserve time and resources for both

24  counsel and the court.

25  ///

26  ///

27  ///

28  ///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2 justice, including but not limited to, the need for the period of time set forth herein for further defense

3 preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

4                                          BENJAMIN B. WAGNER
                                           United States Attorney
5

6 DATED:  September 22, 2011          By   /s/ Ian Garriques
                                           IAN GARRIQUES
7                                          Assistant United States Attorney
                                           Attorney for Plaintiff
8

9                                          DANIEL J. BRODERICK
                                           Federal Defender
10

11 DATED:  September 22, 2011         By   /s/ Marc Days
                                           MARC DAYS
12                                         Assistant Federal Defender
                                           Attorney for Defendant
13                                         EDWIN JOSE LARA-VASQUEZ

14

15                                    **ORDER**

16     **IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

17

18     DATED: September 22, 2011

19                                         /s/ OLIVER W. WANGER
                                           United States District Court Judge
20

21

22

23

24

25

26

27

28